IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS,<br>            *Plaintiff*<br><br>    v.<br><br>MARTIN SHKRELI, *et. al.*,<br>            *Defendant* | **Case:** 14-CV-9538 WHP<br><br>NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT<br>PREJUDICE<br><br>**ECF Case** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE

PURSUANT TO FED. R. CIV. P. 41(A)(1)(I) the Plaintiff, through its counsel, hereby dismisses this case WITHOUT PREJUDICE.

Dated: *December 22, 2014.*            Respectfully submitted,


                                                    /s/ Daniel E. Doherty
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
            DANIEL E. DOHERTY, ESQ.
            LAW OFFICES OF DANIEL E. DOHERTY
            7300 W. 110th Street, Suite 930
            Overland Park, KS 66210
            **Phone:** 913.338.7182
            **Fax:** 913.338.7164
            **Email:** ded-law@ddoherty.net
            Attorney for Michael D. Gibbons